The People of the State of New York ex rel. Marquis Curtis, Relator, Appellant, v. Harry M. Kaiser, as Warden of Clinton Prison, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of Vincent Magna, Respondent, against Hegeman Harris Company and Another, Appellants. State Industrial Board, Respondent.[*]—Award affirmed, with costs to the State Industrial Board. All concur except Van Kirk, P. J., and Hinman, J., who dissent on the ground that there is no competent proof that the claimant was totally disabled to August 15, 1928.

In the Matter of the Claim of Joe Schultz, Respondent, against Flexlume Corporation and Another, Appellants. State Industrial Board, Respondent.— Motion for reargument granted, unless the parties, with the approval of the State Industrial Board, shall stipulate to reduce the award to the sum of $275. Motion for leave to appeal to the Court of Appeals denied.

Elizabeth Pepe, Respondent, v. William Jankowski, an Infant by Paul Jankowski, His Guardian ad Litem, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

Rhoda Greenberg, an Infant, etc., by Morris J. Greenberg, Guardian ad Litem, Respondent, v. Bessie Magaziner, Appellant, and Another, Defendant.— The order, in so far as it grants plaintiff's motion to set aside the verdict of no cause of action as to the defendant Bessie Magaziner, is reversed, on the law and the facts, and as to that part the motion is denied; in all other respects the order is affirmed, without costs. All concur, except Hinman and Whitmyer, JJ., who dissent and vote to affirm the order on the ground that if a new trial is to be had it should be granted as to both defendants in the interests of justice.

In the Matter of the Application and Petition of Board of Water Supply of the City of New York, to Acquire Real Estate for and on Behalf of the City of New York, Petitioner, Respondent, under Chapter 724 of the Laws of 1905, and the Acts Amendatory Thereof and Supplemental Thereto, etc. Little Falls Fibre Company and Another, Claimants, Appellants.— Order unanimously affirmed, without costs.

Johnson, Drake & Piper, Inc., Appellant, v. C. H. Earle, Inc., and Others, Appellants, Earle Gear and Machine Company and Others, Respondents.— Order unanimously affirmed, without costs.

James A. Beha, Superintendent of Insurance of the State of New York, as Liquidator of the National Automobile Mutual Casualty Company, Appellant, v. Supreme Sheet Metal and Roofing Company, Inc., Respondent.— Order and judgment unanimously affirmed, with costs.

Mildred S. West, Respondent, v. Merritt W. West, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Sidney National Bank, Respondent, v. J. Miller Potter, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

[*] Revd., 258 N. Y. 82.